PEOPLE ex rel. MOSES v. GAYNOR, Mayor. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York, on the relation of Sigmund Moses, against William J. Gaynor, as Mayor, of the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 77 Misc. Rep. 576, 137 N. Y. Supp. 196.

PEOPLE ex rel. NASON et al., Appellants, v. CALLAGHAN, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York, on the relation of Ernst M. Nason and another, against Stephen Callaghan, Justice of the Municipal Court of the City of New York.

PER CURIAM. The refusal of the learned justice of the Municipal Court to sign the warrant of seizure was justified by the prior decision of Faraci v. Maller, 154 App. Div. 303, 138 N. Y. Supp. 961. Although that has been since reconsidered, and the doctrine there stated overruled (Coiro v. Baron, 158 App. Div. 591, 143 N. Y. Supp. 853, decided October 31, 1913), the justice's ruling is to be tested by the law as it had been declared when he was called upon to act. The writ of peremptory mandamus, being discretionary, will not now be granted, inasmuch as presumably there will be no occasion therefor, in view of our later decision, rendered pending this appeal. Order affirmed, without costs.

PEOPLE ex rel. O'BRIEN v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Proceeding by the People of the State of New York, on the relation of James J. O'Brien, against Rhinelander Waldo, as Police Commissioner, etc. Grant & Rouss, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SANGUINITTO v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Proceeding by the People of the State of New York, on the relation of Richard L. Sanguinitto, against Rhinelander Waldo, as Police Commissioner of the City of New York.

PER CURIAM. Determination confirmed, with $50 costs and disbursements.

JENKS, P. J., and CARR, J., dissent.

PEOPLE ex rel. SCULLY v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York, on the relation of James E. J. Scully, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination annulled, as contrary to the weight of the evidence, with $50 costs and disbursements, and relator reinstated.

PEOPLE ex rel. SEADOR, Respondent, v. THOMPSON et al., Board of Education, Appellants. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Proceeding by the People of the State of New York, on the relation of John Seador, against William F. Thompson, as president, and others, comprising the Board of Education of School District No. 2 of the Town of Eastchester. No opinion. The relator's children having been admitted to the public school before the return of the writ, the motion should have been denied. The order is therefore reversed, without costs.

PEOPLE ex rel. STEVES v. O'CONNOR, Com'r of Records, et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York, on the relation of Richard S. Steves, against Edmund O'Connor, as Commissioner of Records of the County of Kings, and another. No opinion. Order affirmed, with $10 costs and disbursements.

PERKINS–GOODWIN CO., Repondent, v. POST, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by the Perkins-Goodwin Company against Carrol J. Post, Jr. F. J. Redman, of New York City, for appellant. C. D. Ridgway, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PERLMAN, Respondent, v. I. BLYN & SONS, Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by David Perlman, an infant, against I. Blyn & Sons. E. J. Redington, of New York City, for appellants. R. M. Cohen, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,-500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 155 App. Div. 888, 139 N. Y. Supp. 1082.

PETERSEN et al. v. HUDSON P. ROSE CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Martin Petersen and others against the Hudson P. Rose Company. No opinion. Application denied, with $10 costs. Order signed.

PETTIT, Respondent, v. CORN, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Franklin Pettit against Henry Corn. C. J. Heermance, of New York City, for appellant. A. H. Townley, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PFEFFER et al., Respondents, v. HARTFORD LIFE INS. CO., Appellant. (Supreme

Court, Appellate Division, First Department. December 5, 1913.) Action by Frank Pfeffer and another against the Hartford Life Insurance Company. J. T. McGovern, of New York City, for appellant. E. Shelby, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Appeal dismissed, with $10 costs.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Order reversed, with $10 costs and disbursements, and motion that supplemental summons issue and supplemental pleadings be made granted, with $10 costs. Appeal to Court of Appeals denied, 144 N. Y. Supp. 1140.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1140, denied.

In re PIERCE. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) In the matter of the application of Margaret Pierce, an inmate of the Utica State Hospital, for discharge, etc. No opinion. Appeal dismissed, and stay vacated, without costs, upon stipulation filed.

PITT, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Lewis P. Pitt against the Board of Education. E. J. Parsons, of New York City, for appellant. C. McIntyre, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN and HOTCHKISS, JJ., dissent.

PLATOU, Respondent, v. PIGUERON, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Carl Platou against William G. Pigueron. No opinion. Judgment and order unanimously affirmed, with costs.

PNEUMATIC SIGNAL CO., Appellant, v. TEXAS & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by the Pneumatic Signal Company against the Texas & Pacific Railway Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 145 App. Div. 904, 129 N. Y. Supp. 1142.
FOOTE, J., not sitting.

PORTER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Laura A. Porter, as administratrix, etc., against the City of New York. No opinion. Motion denied, without costs. See, also, 158 App. Div. 604, 143 N. Y. Supp. 808; 144 N. Y. Supp. 1140.

PORTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Laura A. Porter, as administratrix, etc., against the City of New York. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1140.

POSIN v. WILLIAMSBURGH SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Mascha Posin against the Williamsburgh Savings Bank and Frank V. Kelly, Public Administrator, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, without prejudice, however, to a renewal upon a case to be made and settled by the trial justice under section 997 of the Code of Civil Procedure.

POST et al., Appellants, v. THOMAS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Edwin M. Post and another against Edward R. Thomas and another. W. G. Wilson, of New York City, for appellants. E. L. Blackman, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 App. Div. 934, 139 N. Y. Supp. 1140.

POTTER, Appellant, v. PICTORIAL REVIEW CO., Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Alexander Potter against the Pictorial Review Company. J. A. Hodge, of New York City, for appellant. H. H. Ritterbusch, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 156 App. Div. 874, 142 N. Y. Supp. 208. See, also, 142 N. Y. Supp. 1140. Order filed.

POWER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Elizabeth W. Power, as administratrix, etc., of Mary Power, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with